IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| ANTHONY EMBERTON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-00018 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Anthony Emberton's Motion for Judgment on the Administrative Record (Doc. No. 15) ("Motion"). Defendant Commissioner of Social Security ("Commissioner") filed a Motion for Judgment on the Pleadings, which the Magistrate Judge construed as a Response (Doc. No. 21). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 23) ("Report") recommending that Plaintiff's Motion be denied and that the decision of the Commissioner be affirmed. *Id.* at 1-2. The Report was filed on September 30, 2010, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this _____15_____ day of December, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT